UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN LITTLE,

    Plaintiff,

v.

NIKKI BEHNER, *et al.*,

    Defendants.

Case No. C08-0146RSL

ORDER DENYING MOTION FOR COPIES OF THE ENTIRE RECORD; DENYING OBJECTIONS TO THE COURT'S PRIOR ORDER

This matter comes before the Court on plaintiff's (1) request for copies of the entire record, and (2) objections to the order issued by the Honorable James Donohue, United States Magistrate Judge, denying plaintiff's motion for an extension of time.

Plaintiff requests copies of all of the documents filed in this case. He states that he was unable to retain his copies when he was released from jail in August 2008 because he was homeless. When he was re-arrested in November 2008 and re-incarcerated, the records were no longer available to him. However, plaintiff has not shown a need for copies of the all of the filings in this case. He has not specified which documents he needs or the reason he needs them. Moreover, Judge Donohue has issued a Report and

ORDER DENYING MOTION - 1

Recommendation recommending dismissal of plaintiff's claims. The deadline for plaintiff to file his objections to the Report and Recommendation has passed. Plaintiff did not file objections or request an extension of time to do so. For these reasons, the Court will not order the copying and mailing of the voluminous records in this case at taxpayer expense. Rather, when the Clerk of the Court mails a copy of this order to plaintiff, he should also mail a copy of the docket sheet and another copy of the Report and Recommendation with its attachments. Otherwise, plaintiff's motion for copies of all documents in the record (Dkt. #43) is DENIED.

Plaintiff has also filed objections to Judge Donohue's December 5, 2008 order denying plaintiff's motion "to extend time to prosecute and reinstate discovery proceedings" (Dkt. #36). For all of the reasons set forth in Judge Donohue's order, plaintiff's motion was properly denied. That order was well reasoned, and was not clearly erroneous or contrary to law. Accordingly, plaintiff's objections (Dkt. #41) are DENIED.

DATED this 5th day of January, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge