UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-146-RSL-JPD |
| | ) | |
| v. | ) | |
| | ) | |
| NIKKI BEHNER, *et al.*, | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR SUMMARY JUDGMENT |
| Defendants. | ) | |

The Court, having reviewed defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. No. 31) is GRANTED.

(3) The complaint and this action are DISMISSED with prejudice.

(4) This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

(5) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendant, and to Judge Donohue.

DATED this 13th day of January, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge